RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JONATHAN SUSSMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for Kyle Cady

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00443-PMP-RJJ |
| Plaintiff, | |
| vs. | **MOTION TO RELEASE BOND** |
| KYLE CADY, | |
| Defendant. | |

COMES NOW the defendant, KYLE CADY, by and through his counsel of record, Jonathan Sussman, Assistant Federal Public Defender, and respectfully moves this Court to enter an order to release the Appearance Bond posted in the amount of $25, 000. This motion is based on the attached memorandum of points and authorities.

DATED this 21st day of June, 2012.

                                        RENE VALLADARES
                                        Federal Public Defender

                                        */s/ Jonathan Sussman*
                              By_____
                                        JONATHAN SUSSMAN
                                        Assistant Federal Public Defender

I.

FACTS

On January 9, 2012 a Report Commencing Criminal Action was filed in the Central District of California. A Removal hearing held on January 17, 2012 for which an Appearance Bond was posted in the amount of $25,000.00 with Affidavit of Surety. See attached Exhibit A.

On February 6, 2012, Mr. Cady then made an initial appearance in United States District Court, District of Nevada and pursuant to the Detention hearing proceedings, was ordered detained. See attached Exhibit B.

Counsel for Mr. Cady now requests this Court for an order to release the bond now held by the clerk. Pursuant to LCR 46-9(a) the clerk shall refund the money to Mr. Cady's brother, Timothy Cady.

Respectfully submitted this 21st day of June, 2012.

    RENE VALLADARES
    Federal Public Defender

    */s/ Jonathan Sussman*
By:_____
    JONATHAN SUSSMAN
    Assistant Federal Public Defender

**IT IS SO ORDERED:**
this 37 day of Cwi 0, 2012.

_____
UNITED STATES ᴏ CI KUVTCVG JUDGE